**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA** RECEIVED
**NORTHERN DIVISION**

2022 JAN -3 P 3: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **ELVIS J. KNIGHT,** )<br>)<br>**Plaintiff(s),** )<br>)<br>**v.** )<br>)<br>**DOLLAR TREE #8583** )<br>)<br>)<br>**Defendant(s).** ) | **CIVIL ACTION NO.:**<br><br>2:22-cv-00005-MHT-SMD |

## NOTICE OF REMOVAL

Defendant Dollar Tree Stores, Inc.[1] (hereinafter "Dollar Tree" or "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action filed by Plaintiff Elvis J. Knight in the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. In support of this Notice of Removal, Dollar Tree shows the following:

### A. PROCEDURAL BACKGROUND

---

[1] Incorrectly identified as "Dollar Tree Store #8583" in Plaintiff's Complaint.

1.      This case was initially commenced by Plaintiff on November 30, 2021, in the Circuit Court of Montgomery County, Alabama, Case No. 03-CV-2021-901273.  The documents attached as Exhibit "A" constitute all of the process and pleadings served, received, and filed in this action to date, pursuant to 28 U.S.C. § 1446(a).

2.      Service of process was issued to Defendant *via* certified mail on November 30, 2021, and Dollar Tree was served with a copy of the Summons and Complaint on December 2, 2021.  (*See* Ex. A).

3.      This Notice of Removal is filed in the United States District Court for the Middle District of Alabama, Northern Division, within the district and division embracing the place where the state court case was filed as required by 28 U.S.C. §§ 1332 and 1441(a).

4.      This Notice of Removal is filed within the period of time required by 28 U.S.C. § 1446(b).

5.      Promptly after the filing of this Notice, Defendant will file a copy with the Clerk of the Circuit Court of Montgomery County, Alabama, as required by 28 U.S.C. § 1446(d).

## B.   DIVERSITY OF THE PARTIES

6.      Plaintiff resides in the State of Alabama (531 Farmington Road, Montgomery, Alabama 36109). (Exhibit "A") Upon information and belief, Plaintiff

intends to remain the State of Alabama and is therefore domiciled in the State of Alabama. Thus, Plaintiff is a citizen off the State of Alabama.

7.      Dollar Tree is a foreign corporation, incorporated under the laws of the State of Virginia with its principal place of business in the State of Virginia. Thus, for diversity purposes, Dollar Tree is a citizen of the State of Virginia.  28 U.S.C. § 1332(c)(1).

8.      The parties identified above constitute all of the non-fictitious parties to this action, and there is complete diversity of citizenship between them, thereby satisfying the citizenship requirements of 28 U.S.C. § 1332.

9.      The unanimity requirement for removal, which requires that all defendants consent to the removal has been satisfied. *See Russell Corp. v. American Home Assur. Co.*, 264 F.3d 1040, 1044 (11th Cir. 2001).

## C.  **AMOUNT IN CONTROVERSY**

10.     In order to be removable, there must be at least $75,000.00 in controversy, exclusive of interest and costs. 28 U.S.C. § 1332(a).

11.     Plaintiff's Complaint seeks injuries and/or damages of "$100,000.00" (Exhibit "A", Doc. 1). Thus, the in excess of $75,000.00 threshold set forth in 28 U.S.C. § 1332(a) is established by the sum demanded in Plaintiff's initial pleading. 28 U.S.C. § 1446.

12.    While Dollar Tree denies it is liable to Plaintiff in any amount, Dollar Tree does not dispute that the amount in controversy exceeds $75,000.00, as evidenced by Plaintiff's Complaint.

13.    Based upon the foregoing, the amount in controversy exceeds the jurisdictional requirement and removal is proper under 28 U.S.C. § 1332 and § 1446.

## D.  **TIMELINESS**

14.    The removal is filed within thirty (30) days from when Defendant was served with the Summons and Complaint, and less than one (1) year from when the action was original commenced and is therefore timely. 28 U.S.C. § 1446(b).

## E.  **CONCLUSION**

15.    Defendant has satisfied all procedural requirements with respect to timing, diversity of citizenship and amount in controversy and removal is proper. 28 U.S.C. §§ 1332, 1441, and 1446.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the filing of this Notice of Removal, the filing of written notice to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the Circuit Court of Montgomery County, Alabama, shall justify removal of said suit to this Honorable Court.

Respectfully submitted this the 3rd day of January, 2022.

_/s/ Glenn E. Ireland_

GLENN E. IRELAND (ASB-4158-e51g)
VIRGINIA F. GAMBACURTA (ASB-2046-i71f)
Attorneys for Defendant, Dollar Tree Stores, Inc.

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile:  (205) 822-2057
Email:  cireland@carrallison.com
　　　　vgambacurta@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2022, I have served a copy of the above and foregoing on counsel for all parties by:

　　　　Facsimile transmission;
　　　　Hand Delivery;
　　X　Placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid to; and/or
　　　　Using the Alafile or CM/ECF system which will send notifications of such to the following:

Elvis J. Knight, Esq.
531 Farmington Road
Montgomery, Alabama  36109

_/s/ Glenn E. Ireland_

OF COUNSEL