IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ELVIS J. KNIGHT,                        )<br>                                         )<br>   Plaintiff,                           )<br>                                         )<br>   v.                                    )<br>                                         )<br> DOLLAR TREE STORES, INC.,               )<br>                                         )<br>   Defendant.                            ) | CIVIL ACTION NO.<br>2:22cv5-MHT<br>(WO) |

DISMISSAL ORDER

Upon consideration of the parties' joint motion to dismiss (Doc. 7), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of March, 2022.

                                      /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE